**Opinion issued July 14, 2026.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00035-CV

_____

**ALEXANDER VENTURA, Appellant**

**V.**

**CRISTIAN ESCOBAR AND SILVIA ESCOBAR, Appellees**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1237287**

## MEMORANDUM OPINION

We abated this appeal to allow the parties to finalize settlement. Appellant Alexander Ventura now moves, by agreement, to voluntarily dismiss the appeal. No opinion has issued. Accordingly, we grant the motion, reinstate the appeal, and

dismiss it. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan.